Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOTAR BRIAN TELLEZ-RUIZ,<br><br>Defendant. | Docket Number  6:17-mj-00075-MJS<br><br>**MOTION TO RECALL WARRANT AND DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order to recall the warrant and dismissal of case *6:17-mj-00075-MJS*, without prejudice and in the interest of justice.

                                              Respectfully submitted,

                                              McGREGOR SCOTT
                                              United States Attorney

Dated:  February 16, 2021           /S/ *Sean O. Anderson*
                                              SEAN O. ANDERSON
                                              Legal Officer
                                              Yosemite National Park

ORDER

Upon review, the Court GRANTS the (amended) motion filed on February 19, 2021 (Doc. No. 7) by the United States brought under Fed. R. Crim. Pro. 48 in the matter of *United States v. Tellez-Ruiz*, case no. 6:17-mj-00075-MJS and hereby ORDERS:

1. This case dismissed without prejudice, in the interest of justice.
2. The Clerk shall recall the warrant associated with this case.

IT IS SO ORDERED.

Dated:   February 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE